No. 80–5256. SANDERS ET AL. v. HANKINS. Ct. Sp. App. Md. Certiorari denied.

No. 80–5265. BAGGETT v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 80–5273. GHIONE v. UNITED STATES POSTAL SERVICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–5274. TWYMAN v. HESS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 80–5276. LANDI v. CALIFORNIA. Super. Ct. Cal., County of Solano. Certiorari denied.

No. 80–5278. MARTINEZ v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 80–5280. CHICCO v. JONES ET AL. C. A. 1st Cir. Certiorari denied.

No. 80–5285. INGRAM v. PRUITT ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5287. GREEN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 80–5288. PHILLIPS v. NIGH, GOVERNOR OF OKLAHOMA, ET AL. Sup. Ct. Okla. Certiorari denied.

No. 80–5291. SMITH v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 80–5296. TYSON v. UNITED STATES POSTAL SERVICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–5298. GERHARDT ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.